1   JOSEPH P. RUSSONIELLO (CNB 44332)
    United States Attorney
2
    BRIAN STRETCH (CABN 163973)
3   Chief, Criminal Division

4   DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      E-mail: denise.barton@usdoj.gov
8

9   Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,          )   No. CR 3:08-70175 MAG
14                                      )
            Plaintiff,                  )
15                                      )   NOTICE OF SUBSTITUTION OF COUNSEL
        v.                              )
16                                      )
    ERIC EDDIE ESTRADA-CASAS,           )
17                                      )
            Defendant.                  )
18                                      )
                                        )
19   _____

20          TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE

21   NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

22          PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance

23   of Denise M. Barton, Assistant United States Attorney, and to withdraw the appearance of Derek

24   R. Owens, the Assistant United States Attorney who was formerly assigned to represent the

25   United States in this case. The Clerk is requested to change the docket sheet and other Court

26   records so as to reflect that all Orders and communications from the Court will in the future be

27   directed to AUSA Denise M. Barton at the above mailing address, telephone number, facsimile

28   number, and e-mail address.

1    Please also take notice that, from the date of this request, service on the Untied States of

2    America should be made on Denise M. Barton only.  Please amend your service lists

3    accordingly.

4

5    DATED: April 4, 2008                    Respectfully submitted,

6                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
7

8
                                             _____/s/ Denise Barton_____
9                                            DENISE M. BARTON
                                             Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28