1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7359
7  Facsimile: (415) 436-7234
   denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        ) CR No. CR 03-08-70175 MAG
                                     )
14 |     Plaintiff,                   ) STIPULATION AND [PROPOSED] ORDER
                                     ) CONTINUING THE PRELIMINARY
15 | v.                               ) HEARING AND EXCLUDING TIME
                                     )
16 | ERIC "EDDIE" ESTRADA-CASAS,     )
                                     )
17 |     Defendant.                   )
   |_____)
18

19     This matter is set for a Preliminary Hearing / Arraignment on April 14, 2008.  The parties

20  are discussing pre-trial resolution of this matter and require additional time for defense counsel

21  to review discovery and for the parties to engage in meaningful discussions.  Finally, counsel for

22  the defendant does not believe that it is in his client's best interest to hold a preliminary hearing

23  within 20 days, pursuant to Fed. R. Crim. P. 5.1(c),(d).  The parties now stipulate and request

24  that the Court enter an Order that the Preliminary Hearing be removed from the April 14, 2008

25  calendar and be continued until May 23, 2008 and that time should be excluded from the Speedy

26  Trial Act calculations from April 14, 2008 calendar and be continued until May 23, 2008 for

27  effective preparation of counsel.  The parties represent that granting this continuance is

28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-08-70175 MAG
                                    1

1 | necessary for effective preparation of counsel to permit defense counsel to review discovery and
2 | to afford counsel time to discuss pre-indictment resolution, taking into account the exercise of
3 | due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).
4 | IT IS SO STIPULATED.

5 |     JOSEPH P. RUSSONIELLO
6 |     United States Attorney

7 |
8 | DATED: April 11, 2008     /s/Denise Barton
    DENISE MARIE BARTON
9 |     Assistant United States Attorney

10 |
11 | DATED: April 11, 2008     /s/
    CHRISTOPHER MORALES
12 |     Attorney for ERIC "EDDIE" ESTRADA- CASAS

13 | IT IS SO ORDERED.
14 |     For the reasons stated above, the Preliminary Hearing shall be removed from the April
15 | 14, 2008 calendar and be continued until May 23, 2008. The Court further finds that the ends of
16 | justice served by the continuance outweigh the best interests of the public and the defendant in a
17 | speedy trial and that time should be excluded from the Speedy Trial Act calculations from April
18 | 14, 2008 calendar and be continued until May 23, 2008 for effective preparation of counsel. See
19 | 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance would deny the
20 | defendant effective preparation of counsel, taking into account the exercise of due diligence, and
21 | would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

22 |
23 | DATED: April 14, 2008     /s/ James Larson
24 |     Honorable James Larson
    United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME - CR 03-08-70175 MAG

2