1  CHRISTOPHER MORALES, 153152
   Attorney at Law
2  345 Franklin Street
   San Francisco, CA 94102
3  415-552-1215

4  Attorney at Law

FILED
08 APR 23 AM 10:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT, NORTHERN

DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        Plaintiff, VS. ERIC "EDDIE" ESTRADA-CASAS,        Defendant. | CASE NO: CR 03-08-70175 MAG  SUBSTITUTION OF ATTORNEY |

Chris Morales, Attorney at Law, is hereby substituted as attorney for the defendant in place and instead of The Federal Public Defenders and Ronald Tyler, Attorney at Law.

DATED: 4-18-08

_Eric Estrada_
Eric "Eddie" Estrada-Casas

I consent to the above substitution.
DATED: 4-23-08

_Ronald Tyler_
Ronald Tyler, Esq.
Assistant Federal Public Defender

I consent to the above substitution.
DATED: 4-23-08

_Chris Morales_
Chris Morales
Attorney at Law