PROPOSED ORDER/COVER SHEET

TO: Honorable Joseph C. Spero  
U.S. Magistrate Judge

RE: Eric Estrada-Casas

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR08-70175

FILED  
2008 APR 30 AM 10: 54  
RICHARD W. WIEKING  
CLERK  
U.S. DISTRICT COURT  
NO. DIST. OF CA

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Carol K.J. Mendoza  
U.S. Pretrial Services Officer

510-637-3751  
TELEPHONE NUMBER

RE: Pretrial Release Conditions

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding. District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____  
JOSEPH C. SPERO  
UNITED STATES MAGISTRATE JUDGE  
JUDICIAL OFFICER

4/30/08  
DATE

Cover Sheet (12/03/02)